AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ESTEBAN REYES-GARCIA | CASE NUMBER: 08CR1208-JM |

I, ESTEBAN REYES-GARCIA, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/17/2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

/s/ Esteban Reyes Garcia
Defendant

/s/
Counsel for Defendant

Before /s/
JUDICIAL OFFICER